IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CRAIG STEVEN FARROW,
ADC #154219                                    PLAINTIFF

v.                         No. 3:13-cv-223 DPM

S. BUTLER BERNARD, JR.                                   DEFENDANT

## ORDER

Farrow has filed a *pro se* complaint under 42 U.S.C. § 1983. He has not, however, paid the $400 filing fee or filed an application to proceed *in forma pauperis*. Farrow must do so by 27 November 2013. Otherwise, this case will be dismissed without prejudice. Local Rule 5.5(c)(2). The Clerk is directed to send Farrow a copy of this Order, an application to proceed *in forma pauperis*, and a copy of Local Rule 5.5.

So Ordered.

                                         _____
                                         D.P. Marshall Jr.
                                         United States District Judge

                                         28 October 2013