IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CRAIG STEVEN FARROW,
ADC #154219                                                      PLAINTIFF

v.                          No. 3:13-cv-223-DPM

S. BUTLER BERNARD, JR.                                           DEFENDANT

JUDGMENT

Farrow's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

20 November 2013